UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>STUART MACGREGOR HOFFMAN,<br><br>Defendant(s). | CASE NO. 2:22-cr-00018-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) The Court previously entered judgment against Defendant Stuart MacGregor Hoffman on June 15, 2022 but deferred its determination of any restitution Defendant must pay to victims of his offenses pursuant to 18 U.S.C. § 2259. Dkt. No. 33 at 8. The Government requests a total of approximately $135,000 to 195,000 of restitution for 27 victims (Dkt. No. 37 at 3), while Defendant requests a statutory minimum of

MINUTE ORDER - 1

$3,000 for each victim, for a total of $81,000 (Dkt. No. 38 at 2). *See* 18 U.S.C. § 2259(b)(2)(B).

(2) However, the Court must also ensure that its restitution award will not cause each victim's "total aggregate recovery" to exceed the full amount of the victim's demonstrated losses and "may require the victim to provide information concerning the amount of restitution the victim has been paid in other cases for the same losses." *See id.* § 2259(b)(2)(C).

(3) Accordingly, the Government is DIRECTED to provide, within **twenty-one (21) days of this Order**, information demonstrating the amount of restitution that each of Defendant's 27 victims has recovered in other cases for the same losses claimed here.

Dated this 19th day of July 2022.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk